IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHARLES RILEY, JR.                                                                                    PLAINTIFF

VS.                                                                         CIVIL ACTION NO.  5:07cv32DCB-MTP

GEORGE KENT, TOMMIE MOFFETT, AND
SHERIFF MARTIN PACE                                                                          DEFENDANTS

<u>JUDGMENT</u>

      This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that defendant Kent's motion to dismiss or in the alternative for summary judgment [25] should be granted, and that plaintiff's claims against all defendants should be dismissed without prejudice . Further that defendant  Pace's motion to dismiss based on qualified immunity [15] should be dismissed as moot.

      IT IS, THEREFORE, ORDERED AND ADJUDGED that  defendant Kent's motion to dismiss or in the alternative for summary judgment [25] is granted, and that plaintiff's claims against all defendants are dismissed without prejudice. It is further ordered that defendant Pace's

motion to dismiss based on qualified immunity [15] is dismissed as moot.

    SO ORDERED this the   21st   day of April, 2008..


                                            s/ David Bramlette
                                     UNITED STATES DISTRICT JUDGE